**Opinion issued March 31, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00262-CV

_____

## GUAMNETTA M. BRIGGS, Appellant

## V.

## BANK OF AMERICA, N.A. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellees

---

### On Appeal from the 131st District Court
### Bexar County, Texas
### Trial Court Case No. 2010-CI-13120

---

## MEMORANDUM OPINION

Appellant, Guamnetta M. Briggs, filed a notice of appeal from the trial

court's interlocutory order granting the motion to strike Briggs' summary

judgment evidence filed by appellees, Bank of America, N.A. and Federal National Mortgage Association. [1]

Texas appellate courts only have jurisdiction to review final judgments, and interlocutory orders are appealable only if specified by statute. *See Bison Bldg. Materials, Ltd. v. Aldridge*, 422 S.W.3d 582, 585 (Tex. 2012); *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998). Here, the trial court's order granting the appellees' motion to strike is not final, as the record reflects that all claims, including the appellees' motion for summary judgment, remain pending. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001). And no statute allows for an interlocutory appeal in this case. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (Vernon 2015); *Stary*, 967 S.W.2d at 352–53.

On January 8, 2015, we notified the parties that we may dismiss the appeal for want of jurisdiction unless the appellant filed a response demonstrating that this Court has jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a), 43.2(f). No response was filed.

Accordingly, we dismiss the appeal for want of jurisdiction. *See id.* We further grant the appellees' motion to expedite the issuance of the mandate and

---

[1] The Texas Supreme Court transferred this appeal from the Fourth Court of Appeals to this Court pursuant to its docket equalization powers. *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2013).

2

direct the Clerk of this Court to issue the mandate immediately. *See* TEX. R. APP.

P. 18.1(c). We dismiss all remaining pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.